**LAWRENCE C. HERSH**
Attorney at Law
17 Sylvan Street, Suite 102B
Rutherford, NJ  07070
(201) 507-6300
*Attorney for Plaintiff, on behalf of himself and all others similarly situated*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| THOMAS GRIFFIN, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CAVALRY SPV I, LLC, and APOTHAKER SCIAN P.C., JOHN DOES 1-25 and ABC CORP. 1-50,<br><br>　　　　　Defendants. | Civil Action No. 2:23-cv-16755-EP-LDW<br><br>**NOTICE OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE** that upon Notice of this Joint Motion, Plaintiff Thomas Griffin, individually and on behalf of the class, by his undersigned counsel, and Defendants, by their respective counsel, shall move this Honorable Court, at a date and time to be determined by the Court, for an Order granting preliminary approval of the within proposed settlement class and related relief.

Plaintiff and Defendants shall rely upon the enclosed memorandum or law, exhibit(s) and Declaration of Lawrence Hersh, Esq. in support of the motion.  A copy of Plaintiff's proposed Order is attached hereto.

DATED:  October 12, 2025

        *s/ Lawrence Hersh*
        Lawrence Hersh, Esq.
        *Attorney for Plaintiff and those similarly situated*

        *s/ Gary L. Koeningsberg*
        Gary L. Koeningsberg, Esq.
        Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
        *Attorneys for Defendant Apothaker Scian P.C.*

        *s/ Thomas Dominczyk*
        Thomas Dominczyk, Esq.
        Maurice Wutscher LLP
        *Attorneys for Defendant Cavalry SPV I, LLC*